No. 07-16-00026-CV

| In the Interest of Z.B. and Z.B., Children | § | From the County Court at Law  No. 1 of Randall County |
|---|---|---|
| | § | |
| | | July 12, 2016 |
| | § | |
| | | Opinion by Justice Pirtle |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated July 12, 2016, it is ordered, adjudged and decreed that the trial court's order terminating M.B.'s parental rights to Z.B. and Z.B. be reversed and it is hereby rendered that the petition for termination filed by the Texas Department of Protective and Regulatory Services be denied.  It is further ordered that this cause be remanded to the trial court for further proceedings regarding the terms and conditions of M.B.'s possession of and access to Z.B. and Z.B. and for a determination of M.B.'s child support obligations.

o O o